USCA1 Opinion

 

[NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]
United States Court of Appeals
For the First Circuit
 No. 98-1815

 IN RE: ASOCIACION DE COMERCIANTES DEL VIEJO SAN JUAN,

 Appellant.

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF PUERTO RICO

 [Hon. Juan M. Perez-Gimenez, U.S. District Judge]

 Before

 Lynch, Circuit Judge,
Bownes, Senior Circuit Judge,
and Lipez, Circuit Judge.

 Jesus Santiago Malavet and Santiago, Malavet & Santiago on brief for appellant.
 Carlos M. Sanchez La Costa on brief for appellee.

March 19, 1999

 
 

 Per Curiam. Upon careful review of the record and
 the briefs, we conclude that the bankruptcy court acted within
 its discretion in dismissing appellant's petition for failure
 to make timely filings. See 11 U.S.C. 521(1) & 1112(e). 
 Even assuming, arguendo, that appellant did not
 receive the order dated August 5, and even though appellant had
 requested an extension, the dismissal still was not an abuse of
 discretion. Particularly in light of the Notice to Debtor of
 Filing a Petition in Bankruptcy dated July 30, 1997, appellant
 could not claim ignorance of the statutory filing requirements
 and the potential consequences of default. Appellant proceeded
 at its peril by disregarding those requirements,
 notwithstanding the pending motion, which motion was not
 supported by such good cause that appellant's lack of diligence
 necessarily was excused by it or that the bankruptcy court
 necessarily was bound to grant it. 
 Appellant's "motion to submit case on the pleadings"
 is granted.
 Affirmed. See 1st Cir. Loc. R. 27.1.